UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| VAUGHN GARY MAXFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>C/O KAUTZ, CORPORAL KAUTZ, SERGEANT MODEN, C/O JANE DOE, AND MISSOULA COUNTY,<br><br>Defendant. | Case No. CV-20-073-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Count IV of the Complaint (Doc. 2 at 18) is DISMISSED for failure to state a claim.

Dated this 20th day of November 2020.

TYLER P. GILMAN, CLERK

By: /s/ H. G.
H. G., Deputy Clerk